WILLIAM P. ROOME and others, *Appellants*, *v.* THOMAS M. RILEY, *Sheriff*, etc., *Respondent, Impleaded, etc.* — Order granting new trial affirmed, with costs. Opinion by GILBERT, J.

CAROLINE POPE, *Respondent*, *v.* GEORGE W. MEAD, *Appellant, Impleaded, etc.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.

BERNARD HUFNAGLE, *Respondent*, *v.* THE BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT NUMBER ONE OF THE TOWN OF PELHAM, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by GILBERT, J.

WILLIAM H. RICKETTS, *as Receiver*, etc., *Appellant*, *v.* GERHARD WESSELS, *Respondent.* — Judgment reversed, new trial granted, costs to abide event. Order of reference vacated. Opinion by GILBERT, J.

LYDIA ANN PEARSALL, *Appellant*, *v.* EDWARD T. BACKHOUSE, *Respondent.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.

OTIS N. CUTLER, *Respondent*, *v.* JOHN SATTERLEE, *Appellant, Impleaded, etc.* — Judgment reversed and new trial granted at circuit, costs to abide event. Order modified so as to be without costs. Opinion by DYKMAN, J.

MICHAEL LOUGHRAN, *Appellant*, *v.* SUSAN M. MURRAY and ANNIE M. ENRIGHT, *Respondents.* — Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by BARNARD, P. J.; GILBERT, J., dissenting.

MARY McGLYNN, *Respondent*, *v.* THE BROOKLYN CITY AND NEWTOWN RAILROAD COMPANY, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinions by BARNARD, P. J., and DYKMAN, J.; GILBERT, J., dissenting.

MARY N. BEAN, *Appellant*, *v.* TITUS B. ELDRIDGE, *Respondent.* — Order referring action reversed, with costs and disbursements, and motion for reference denied, with costs. Opinion by DYKMAN, J.

ELIZABETH F. FLOYD and SARAH A. VINGUT, *Appellants*, *v.* CAROLINE A. STRONG and others, *Respondents.* — Judgment and order denying motion for specific findings reversed, and new trial granted, costs to abide event. Opinion by BARNARD, P. J.

JOHN BRADY and others, *Respondents*, *v.* CASSIUS H. READ, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by GILBERT, J.

WILLIAM J. CRENNAN, *Appellant*, *v.* PHILIP R. UNDERHILL, *Respondent.* — Judgment affirmed, with costs. Opinion by GILBERT, J.

JACOB B. WELLS, and another, *Trustees*, etc., *Appellants*, *v.* CHARLES T. WELLS and others, *Respondents.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.